

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ~~Duy Duc Nguyen~~ DZUNG AHN PHAM DEFENDANT(S). | CASE NUMBER ~~8:18-CR-00256-JVS~~ SA18-652 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Defemdamt___, IT IS ORDERED that a detention hearing is set for ___Initial Appearance___, Dec. 10 2018, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Autumn D. Spaeth___, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___December 18, 2018___

_____
Autumn D. Spaeth, U.S. Magistrate Judge